UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
United States of America,

                          Plaintiff,

-against-

                                                    Case No. 7: 95-mj-2056

German A. Zuniga

                          Defendant.
---------------------------------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                           SO ORDERED.

                                                           Hon. Martin R. Goldberg
                                                           United States Magistrate Judge

Dated: <u>26th day of August, 2022</u>
           Poughkeepsi, New York